UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**\*\*WITHDRAWL\*\***

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:  Case Number: 11-13248 GMB

Debtor: Eric Mitchell

| Check Number | Creditor | Amount |
|---|---|---|
| 1824794 | Royal Tax Lien Services, LLC | 6,454.64 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  November 13, 2013